UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LACEY EDWARD CAIN,<br><br>　　　　Plaintiff,<br>　　v.<br>NOAH MARTIN BURRUSS,<br>　　　　Defendant. | Case No. 2:25-cv-01251-ART-BNW<br><br>ORDER |

　　　　Before the Court is Ms. Cain's amended complaint. (ECF No. 14.) Magistrate Judge Brenda N. Weksler issued a Report and Recommendation ("R&R) dismissing the complaint with prejudice, because it suffers from the same problems identified in the original complaint, namely, it fails to state a claim upon which relief can be granted. (ECF No. 15.)

　　　　Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

　　　　Plaintiff has not filed an objection to the magistrate judge's R&R and her time to do so has now expired. (ECF No. 15.)

　　　　The magistrate judge granted Ms. Cain leave to amend her original complaint to include a short and plain statement describing the underlying case, the location of those claims, and the grounds for the Court's jurisdiction. (ECF

1

No. 3.) In her amended complaint, Ms. Cain still fails to state a claim upon which relief can be granted. (ECF No. 12.) The Court agrees with the magistrate judge's reasoning and adopts her R&R in full.

## I.     CONCLUSION

It is therefore ordered that the Report and Recommendation (ECF No. 15) is adopted in full.

It is further ordered that Ms. Cain's amended complaint (ECF No. 12) is DISMISSED without leave to amend.

It is further kindly ordered that the Clerk CLOSE this case.

Dated this 13th day of November, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2